COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-07-415-CV

 

JANICE
CIMINO                                                                  APPELLANT

 

                                                   V.

 

ANTHONY
C.J. CIMINO                                                           APPELLEE

                                                                                                        

                                               ----------

             FROM
THE 211TH DISTRICT COURT OF DENTON COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered AAppellant=s
Voluntary Motion To Dismiss Appeal.@  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the
appeal.  See TEX. R. APP. P.
42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant,
for which let execution issue.  See Tex. R. App. P. 43.4.

PER CURIAM

 

PANEL D:  MCCOY, J.; CAYCE, C.J.; and LIVINGSTON, J.

 

DELIVERED:  March 13, 2008











[1]See Tex. R. App. P. 47.4.